**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Afzaal Rizvi | Social Security number or ITIN   xxx–xx–2551 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23752–MBK | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Afzaal Rizvi

10/13/17

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 17-23752-MBK
Afzaal Rizvi                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Oct 13, 2017
                              Form ID: 318             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db             Afzaal Rizvi,    1115 Solook Dr,    Parlin, NJ 08859-2256
516923215      COMCAST,    PO Box 3005,    Southeastern, PA 19398-3005
516923214      Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                Louis, MO 63129
516923218      Fairway Plaza Associates,    PO Box 1556,   Livingston, NJ 07039-7156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2017 23:33:35     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 23:33:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516923211      EDI: BANKAMER.COM Oct 13 2017 23:08:00     Bk of Amer,   PO Box 982238,
                El Paso, TX 79998-2238
516923208      EDI: TSYS2.COM Oct 13 2017 23:08:00     Barclays Bank Delaware,   100 S West St,
                Wilmington, DE 19801-5015
516923209      EDI: TSYS2.COM Oct 13 2017 23:08:00     Barclays Bank Delaware,   PO Box 8803,
                Wilmington, DE 19899-8803
516923210      E-mail/Text: defaultspecialty.us@bbva.com Oct 13 2017 23:33:32     Bbva Compass Bank,
                Attn: Bankruptcy,   PO Box 10566,    Birmingham, AL 35296-0001
516923213      EDI: CAPITALONE.COM Oct 13 2017 23:08:00     Capital One,   PO Box 30281,
                Salt Lake City, UT 84130-0281
516923212      EDI: CAPITALONE.COM Oct 13 2017 23:08:00     Capital One,   Attn: Bankruptcy,    PO Box 30253,
                Salt Lake City, UT 84130-0253
516923216     +E-mail/Text: defaultspecialty.us@bbva.com Oct 13 2017 23:33:32     Compass Bank,
                15 20th St S Fl 9,   Birmingham, AL 35233-2011
516923217      EDI: CITICORP.COM Oct 13 2017 23:08:00     Exxmblciti,   PO Box 6497,
                Sioux Falls, SD 57117-6497
516923219     +E-mail/Text: Mbbankbknotice@mbfinancial.com Oct 13 2017 23:34:43     Mb Financial Bank,
                MB Financial Bank/Attn Bankruptcy,    6111 N River Rd Fl 9,   Rosemont, IL 60018-5111
516923220     +E-mail/Text: Mbbankbknotice@mbfinancial.com Oct 13 2017 23:34:43     Mb Financial Bank,
                6111 N River Rd,   Rosemont, IL 60018-5111
516923221     +EDI: SWCR.COM Oct 13 2017 23:13:00     Southwest Credit Syste,   4120 International Pkwy,
                Carrollton, TX 75007-1958
516923222     +EDI: RMSC.COM Oct 13 2017 23:08:00     Syncb/lowes,   PO Box 956005,   Orlando, FL 32896-0001
516926865     +EDI: RMSC.COM Oct 13 2017 23:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516923223      EDI: RMSC.COM Oct 13 2017 23:08:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
                PO Box 965060,   Orlando, FL 32896-5060
516923225      EDI: TFSR.COM Oct 13 2017 23:08:00     Toyota Motor Credit Corp,   PO Box 8026,
                Cedar Rapids, IA 52408-8026
516923224      EDI: TFSR.COM Oct 13 2017 23:08:00     Toyota Motor Credit,   16945 Northchase Dr Ste,
                Houston, TX 77060-2135
516923228      EDI: USBANKARS.COM Oct 13 2017 23:13:00     US Bank,   4325 17th Ave S,   Fargo, ND 58125-6200
516923227      EDI: USBANKARS.COM Oct 13 2017 23:13:00     US Bank,   Attn: Bankruptcy,   PO Box 5229,
                Cincinnati, OH 45201-5229
516923226      EDI: USBANKARS.COM Oct 13 2017 23:13:00     US Bank,   PO Box 5227,
                Cincinnati, OH 45201-5227
516923229      EDI: USBANKARS.COM Oct 13 2017 23:13:00     US Bank/Rms Cc,   Card Member Services,
                PO Box 108,   Saint Louis, MO 63166-0108
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 13, 2017
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veer P Patel    on behalf of Debtor Afzaal   Rizvi info@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com
              Warren S. Jones, Jr.   on behalf of Creditor   MB FINANCIAL BANK email@warrensjones.com,
               bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                              TOTAL: 5
```